**PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.**

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DE 19806
_____

JOHN C. PHILLIPS, JR.
ROBERT S. GOLDMAN
LISA C. MCLAUGHLIN
JAMES P. HALL
DAVID A. BILSON
MEGAN C. HANEY

(302) 655-4200 (P)
(302) 655-4210 (F)

August 24, 2016

**VIA CM/ECF & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, Delaware 19801

Re:   *Sound View Innovations, LLC v. Facebook, Inc.*, C.A. No. 16-116 (RGA)

Dear Judge Andrews,

Sound View Innovations, LLC submits this letter in connection with the discovery dispute conference scheduled for August 26, 2016 at 11:00 am. The dispute concerns a restriction that was inadvertently included in the Scheduling Order regarding Sound View's initial infringement contentions—specifically, the last sentence of paragraph 3(a)(iii)—which provides: "No more than 20 total claims shall be asserted by Plaintiff." (D.I. 21). Sound View respectfully requests that the Court strike that provision because it was not actually agreed to by Sound View, and is over-limiting and unfair at this stage of the case.

Facebook included the 20-claim restriction in the Scheduling Order, but the parties never discussed the restriction, and Sound View never specifically agreed to it. Had Facebook brought it to Sound View's attention, Sound View would not have agreed to a 20-claim limit at the outset of this seven patent case; it does not make sense, and is particularly unfair given that Sound View specifically identified 49 infringed claims in its Complaint. Nor is it fair to limit the number of claims that Sound View may assert for infringement without also limiting the number of prior art references on which Facebook may rely for invalidity.

Sound View told Facebook that the restriction was inadvertently included and sought to resolve the issue without Court intervention. But Facebook will not agree to remove the 20-claim restriction, or even to increase the claim limit to 49 claims—the number of claims specifically listed in the Complaint.

The scheduling conference was held on June 3, 2016, and the parties are in the very early stages of fact discovery. If the Court is interested in having a broader discussion regarding streamlining the case, Sound View welcomes a comprehensive trial management discussion,

The Honorable Richard G. Andrews                                                                                Page 2
August 24, 2016

although Sound View believes that discussion would be more productive after the conclusion of fact discovery.  For the foregoing reasons, Sound View respectfully submits that the last sentence of paragraph 3(a)(iii) of the Scheduling Order should be stricken.

                                                Respectfully submitted,

                                                */s/ John C. Phillips, Jr.*

                                                John C. Phillips, Jr. (No. 110)

cc:     All counsel of record (via CM/ECF & email)