IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOUND VIEW INNOVATIONS, LLC, | : | |
| Plaintiff, | : : : | |
| v. | : | Civil Action No. 16-116-RGA |
| FACEBOOK, INC., | : : : | |
| Defendant. | : | |

**ORDER**

The parties have a dispute. (D.I. 42, 44). Plaintiff wants to strike a provision of the scheduling order (D.I. 21) that limits Plaintiff to asserting 20 claims in this seven-patent case. There were multiple drafts of the scheduling order (which, in issued form, is eight double-spaced pages long) with the disputed provision, and an in-person Rule 16 conference, and, apparently not a spoken or emailed word exchanged over this provision. Defendant did not hide it, but, for unexplained reasons, Plaintiff either did not notice this provision, or did not appreciate its significance. I favor the former explanation.

If there had been a dispute between the parties about it at the Rule 16 conference, I would have sustained Plaintiff's objection to "20." I would not have, however, agreed with Plaintiff that there should be no limit. I would have replaced the "20" with "32."

Upon further request, I would also have limited Defendant to "a total of 40 references" in connection with its initial invalidity contentions. Plaintiff at least suggests such a limitation would be appropriate, without specifying a number. (D.I. 42 at 1).

I note that Plaintiff has asserted 49 claims in its Complaint. I do not think Plaintiff's

pleading choices limit my discretion in this regard. Further, given the early stage of the case, I do not see that modifying what I believe was a mistake on the part of Plaintiff will cause any prejudice to Defendant. Further, I do not see that the rest of the schedule needs to be modified.

Thus, the "20" limitation is struck, and replaced with "32," and the "40 references" limitation in connection with the initial invalidity contentions is added. Upon a showing of diligence, and with due consideration for prejudice, a party may seek to modify this order for good cause shown. The parties are also encouraged to discuss further mutual reductions after the claim construction order is issued.

The telephonic hearing scheduled for August 26, 2016, is CANCELLED.

IT IS SO ORDERED this 25 day of August 2016.

　　　　　　　　　　　　　　　　　　／s／ Richard G. Andrews
　　　　　　　　　　　　　　　　　　United States District Judge