IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SOUND VIEW INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-116 (RGA) |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Facebook, Inc.'s Answering Claim Construction Brief* were caused to be served on February 2, 2017 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                    *VIA ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN, McLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
*Attorneys for Plaintiff*

Alan S. Kellman, Esquire                          *VIA ELECTRONIC MAIL*
Tamir Packin, Esquire
Tom BenGera, Esquire
Edward Geist, Esquire
Richard M. Cowell, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for Defendant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe
Sarah Whitney
Elizabeth Stameshkin
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Phillip E. Morton
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC  20004
(202) 842-7800

Michael G. Rhodes
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111-5800

February 2, 2017