IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOUND VIEW INNOVATIONS, LLC, | ) |
| Plaintiff, | ) ) ) Civil Action No. 1:16-cv-116 (RGA) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| FACEBOOK, INC., | ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Sound View Innovations, LLC ("Plaintiff") and Defendant Facebook, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff in this action are dismissed with prejudice. IT IS FURTHER ORDERED that all defenses asserted by Defendant in this action are dismissed without prejudice. IT IS FURTHER ORDERED that each party is to bear its own attorneys' fees, costs and expenses.

SO ORDERED, this ___9___ day of ___January___, 2018

_____
The HONORABLE RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE